# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2025

*The Court of Appeals hereby passes the following order*

## A26D0211. LILIA ATILANO ROJO v. BURLINGTON COAT FACTORY WAREHOUSE CORPORATION AKA BURLINGTON STORES INC.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

25CV006057



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, December 10, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*